# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JIMMY LEE MEDINA, <br><br> Plaintiff, <br><br> vs. <br><br> ARRON GRAHAM, JIM SALMONSEN, THOMAS WILSON, CARRIE WALSTEAD, CHRISTINE SLAUGHTER, <br><br> Defendants. | CV-19-44-H-BMM-JTJ <br><br><br> ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 13, 2019. (Doc. 13). The Magistrate Judge recommended that this matter be dismissed as Medina has failed to notify the Court of his change of address within 60 days after mail was returned as undeliverable to him. (Doc. 13); Local Rule 5.3. Neither party filed objections and Medina has not provided an updated address. The Court reviews for clear error any portion to which no party specifically objected. *McDonnell Douglas*

1

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Magistrate Judge correctly concluded that this case should be dismissed without prejudice for failure to comply with Local Rule 5.3.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 13) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to enter judgment accordingly.

DATED this 27th day of January, 2020.

_____
Brian Morris
United States District Court Judge